**IN THE SUPREME COURT OF PENNSYLVANIA**
**WESTERN DISTRICT**

| | | |
|---|---|---|
| IN RE: ESTATE OF KENNETH C. ABBOTT, DECEASED | : | No. 413 WAL 2016 |
| | : | |
| | : | |
| | : | Petition for Allowance of Appeal from |
| PETITION OF: COLIN ABBOTT | : | the Order of the Superior Court |
| | | |
| IN RE: ESTATE OF KENNETH C. ABBOTT, DECEASED | : | No. 414 WAL 2016 |
| | : | |
| | : | |
| | : | Petition for Allowance of Appeal from |
| PETITION OF: COLIN ABBOTT | : | the Order of the Superior Court |

## ORDER

**PER CURIAM**

    **AND NOW**, this 4th day of May, 2017, the Petition for Allowance of Appeal is **DENIED**.